# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2734 |
| *This document relates to:* Troy D. Wallen and Brenda F. Wallen, Plaintiffs, | Chief Judge M. Casey Rodgers Magistrate Judge Gary Jones |
| v. | Short Form Complaint and Jury Demand |
| Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc., Defendants. | |

## <u>MASTER SHORT FORM COMPLAINT AND JURY DEMAND</u>

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint and Jury Demand filed in *In Re: Abilify® Products Liability Litigation* in the United States District Court for the Northern District of Florida, filed as No. 108-1 on the Master Docket. Pursuant to Case Management Order No.1, the following Short Form Complaint encompasses Plaintiffs' claims as adopted from the Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 10, and the supporting facts for which are alleged in paragraph 11 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional Defendants not listed in the Master Long Form Complaint, which are set forth in paragraph 12 and the supporting facts for which are alleged in paragraph 12 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

## I.    DEFENDANTS

1.    Plaintiffs name the following Defendants in this action [check only those that apply]:

☒    Bristol-Myers Squibb Company

☒    Otsuka Pharmaceutical Co., Ltd.

☒    Otsuka America Pharmaceutical, Inc.

## II.    PLAINTIFFS

2.    Plaintiff(s):   Troy D. Wallen

3.    Plaintiff's Spouse (if applicable):   Brenda F. Wallen

4.     Other Plaintiff and capacity, if applicable (i.e., administrator, executor, guardian, conservator, etc.):   N/A

5.     Plaintiff's State of Residence:   Alabama

6.     Identify the United States District Court and Division in which venue would be proper absent direct filing:   Northern District of Alabama — Jasper Division

## III.     ABILIFY® INGESTION

7.     Plaintiff ingested Abilify® from approximately 8/2012 until 3/2015.

8.     Plaintiff alleges that Abilify® was ingested in the following state(s):   Alabama and Georgia

## IV.     INJURIES

9.     Plaintiff alleges the following injury(ies) as a result of Abilify® usage:

As a result of Abilify use, Plaintiff has suffered the following losses: monetary losses in excess of $50,000, loss of financial stability, and other mental, physical, and economic losses. The injurious impact of Abilify on Plaintiff's brain constitutes a physical injury. Plaintiff has suffered, and will continue to suffer, neuropsychiatric and physical injury, emotional distress, harm, and economic loss.  Plaintiff's spouse has suffered loss of consortium.

## V.    <u>CLAIMS/COUNTS</u>

10.    The following claims asserted in the Master Long Form

Complaint, and the allegations with regard thereto in the Master Long Form

Complaint, are adopted in this Short Form Complaint by reference:

☒    Count I – STRICT LIABILITY

☒    Count II – BREACH OF EXPRESS WARRANTY

☒    Count III – BREACH OF IMPLIED WARRANTY

☒    Count IV – NEGLIGENCE

☒     Count V – NEGLIGENCE PER SE

☒     Count VI – NEGLIGENT MISREPRESENTATION

☒     Count VII – VIOLATION OF CONSUMER PROTECTION
       LAWS, SPECIFICALLY:   Alabama Code § 8-19-1, *et seq.*

☒     Count VIII – FRAUDULENT CONCEALMENT

☒     Count IX – LOSS OF CONSORTIUM

☒     Count X – PUNITIVE DAMAGES

☐     Count XI – OTHERS [Specify below]

11.    If additional claims against the Defendants identified in the

Master Long Form Complaint are alleged in paragraph 10, the facts

supporting these allegations must be pleaded. Plaintiff asserts the following

factual allegations against the Defendants identified in the Master Long

Form Complaint:

12.    Plaintiffs assert the following additional claims and factual

allegations against other Defendants (must name defendant and its alleged

citizenship):

**WHEREFORE**, Plaintiffs pray for relief as set forth in the Plaintiffs'

Master Long Form Complaint in *In Re: Abilify® Products Liability Litigation* in

the United States District Court for the Northern District of Florida.


Dated: January 9, 2018                    *s/ Gary L. Wilson*
                                          Gary L. Wilson (MN #139358)
                                          Tara D. Sutton (MN #23199X)
                                          Munir R. Meghjee (MN #301437)
                                          Megan J. McKenzie (MN #0388081)
                                          Robins Kaplan LLP
                                          800 LaSalle Avenue
                                          Suite 2800
                                          Minneapolis, MN 55402
                                          Telephone: (612) 349-8500
                                          Email: GWilson@RobinsKaplan.com
                                                 TSutton@RobinsKaplan.com
                                                 MMeghjee@RobinsKaplan.com
                                                 MMcKenzie@RobinsKaplan.com

                                          *Attorneys for Plaintiffs*

88654977.1